**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION NO. 06-00200-KD** |
| | ) | |
| **TRAMAINE JAVON BONNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on defendant Tramaine Javon Bonner's "motion for clarification of final disposition of all untried warrants, indictments, information, or complaints / alternatively, request for final disposition of detainers which may be pending within this Court's jurisdiction." (Doc. 44). Bonner moves the Court for clarification as to whether there are any pending detainers which may impact his classification by the Alabama Department of Corrections (ALDOC). Upon consideration and for the reasons set forth herein, defendant Bonner's motion for clarification is **NOTED** and the status of his action before this Court is set forth as follows:

In April 2011, Bonner was released from the custody of the Federal Bureau of Prisons (BOP). According to his motion, he is currently in the custody of the ALDOC. (Doc. 44). On October 4, 2011, at the semi-annual review of his institutional file, the ALDOC found that Bonner was not recommended for changes in custody or placement because there are detainers or pending cases. (Doc. 44, p. 5). Also, the ALDOC noted that Bonner had "Federal time to serve after release from the state." (*Id.*)

Because Bonner was released from the custody of the BOP, there is not any "Federal time to serve after release" from the ALDOC based on Criminal Action No. 06-200-KD. Bonner does

have a term of federal supervised release to begin upon release from the ALDOC and this was made known to the ALDOC by way of a written Notice from the U.S. Probation Office. However, there is not an active detainer or case pending as to Bonner in this Court.

**DONE** and **ORDERED** this the 28th day of November, 2011.

**/s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**